248

(No. 74-CC-306—Claimant )

IBM CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF THE LIEUTENANT GOVERNOR, Respondent.

*Opinion filed February 20, 1974.*

IBM CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-325—Claimant )

WEST PUBLISHING COMPANY, Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF THE COMPTROLLER, Respondent.

*Opinion filed February 20, 1974.*

WEST PUBLISHING COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.